JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER RODRIGUEZ, | CASE NO. CV 12-5395-FMO (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| M. BITER, KERN VALLEY STATE PRISON WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 17, 2015

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Rodriguez Judgment.wpd